UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

James Michael Kyro,

Petitioner,

vs.

Connie Roerrich, Warden,

Respondent.

Civil 00-2148 JRT/FLN

**O R D E R**

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated June 5, 2001, all the files and records, and no objections having been filed to said Report and Recommendation,

IT IS HEREBY ORDERED that:

1. Petitioner's request for appointment of counsel [#7] is DENIED; and

2. Petitioner's application for habeas corpus relief under 28 U.S.C. §2254 [#1] is DISMISSED WITH PREJUDICE.

DATED: July 10, 2001.

JUDGE JOHN R. TUNHEIM
United States District Court

FILED JUL 10 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS